McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA SBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| EENA SAESEE,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security[1],<br><br>    Defendant. | Case No.: 1:18-cv-01417-SKO<br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that the deadline for Defendant to respond to Plaintiff's Motion For Summary Judgment and/or to file any cross-motion thereto be extended by thirty (30) days. Plaintiff filed her brief on May 31,

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Stip. to Extend Briefing Schedule; 1:18-cv-01417-SKO      1

2019 (Dkt. 11).  This is the parties' first extension per the Court's allowance of a single 30-day extension without approval of the Court (Dkt. 4).

The current due date for Defendant's motion is July 1, 2019.  The new due date is July 31, 2019.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated:  June 25, 2019

Respectfully submitted,
/s/ Marc v. Kalagian*
MARC V. KALAGIAN
Attorney for Plaintiff
*Authorized via e-mail on June 25, 2019

Dated:  June 26, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ Ellinor R. Coder
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' above stipulation (Doc. 12), the Court extends the deadline for Defendant to file her responsive brief to July 31, 2019.  All remaining deadlines in the Court's scheduling order (Doc. 4) are extended accordingly.

IT IS SO ORDERED.

Dated:  **June 26, 2019**                    /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE