MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8955
Facsimile: (415) 744-0134
E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| EENA SAESEE,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:18-cv-01417-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(Doc. 14)** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to reconsider Plaintiff's residual functional capacity, particularly her manipulative limitations; seek supplemental vocational expert evidence to determine whether there are a significant number of

jobs in the national economy that Plaintiff can perform; give Plaintiff an opportunity for a hearing; and issue a new decision for the period prior to April 12, 2017. This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 15th day of July 2019.

*/s/ Marc V. Kalagian\**
MARC V. KALAGIAN
Attorney for Plaintiff
*\*Authorized by email on July 11, 2019*

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based upon the parties' above Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 14), and for cause shown,

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Eena Saesee and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated: **July 17, 2019**                     /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND; ORDER